# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00092-CR

### In re Johnathan Arthurton

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Johnathan Arthurton's petition for writ of mandamus, filed on March 18, 2025, is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  March 27, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Petition denied
Do Not Publish
OT06

